IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLAN COHEN, ROBERT C. MORLINO, and JAMES A. WOODS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PIONEER ELECTRONICS (USA) INC. and PIONEER CORP.,<br><br>Defendants. | C.A. No. 06-118 (KAJ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of William T. Bisset, Charles Avrith and David A. Lombardero of Hughes Hubbard & Reed LLP to represent defendant Pioneer Electronics (USA) Inc. in this action.

PRICKETT, JONES & ELLIOTT, P.A.

_____
Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Defendant Pioneer Electronics (USA) Inc.

Dated: March 16, 2006

### ORDER GRANTING MOTION

The foregoing application of William T. Bisset, Charles Avrith and David A. Lombardero for admission to practice in this action pro hac vice is hereby granted.

SO ORDERED this _____ day of _____, 2006.

_____
U.S.D.J.

9999.9999\298874v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 16th day of March, 2006, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice of William T. Bisset, Charles Avrith and David A. Lombardero with the Clerk of the Court using CM/ECF which caused the following parties to receive service:

Seth D. Rigrodsky, Esquire
Brian D. Long, Esquire
Milbert Weiss Bershad & Schulman LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801

J. Clayton Athey (DE Bar #4378)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and of the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's local rules.

*David A. Lombardero*

Dated: *March 6*, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's local rules.

_____
William T. Bisset

Dated: __March 6__, 2006

LA 578088_1.DOC

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's local rules.

*Charles Avrith* (signature)
Charles Avrith

Dated: *March 6*, 2006