**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
**TEL: (302) 888-6500**
**FAX: (302) 658-8111**
http://www.prickett.com

Writer's Direct Dial:
(302)888-6521
Writer's Telecopy Number:
(302)888-6554
Writer's E-Mail Address:
EMMcgeever@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

June 15, 2006

VIA E-FILE

The Honorable Kent A. Jordan
U.S. District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: Cohen, et al. v. Pioneer Electronics (USA) Inc., et al., C.A. No. 06-118 (KAJ)

Dear Judge Jordan:

Enclosed for the Court's consideration is a proposed Stipulation and Order staying the above action pending final approval of a proposed nationwide class settlement agreement in a suit captioned *Pioneer Elite Pro-x 30 Cases*, Case No. JCCP No. 4390, pending before the Superior Court of the State of California for the County of Los Angeles.

If the Court has any questions about the proposed Stipulation and Order, counsel are available at the convenience of the Court. If the proposed Stipulation and Order is acceptable, we ask that the Court approve it.

Respectfully,

Elizabeth M. McGeever
(DE Bar ID No. 2057)

EMM/smc
Enclosure

cc: Clerk of the Court
    Brian D. Long, Esquire
    William T. Bisset, Esquire

19928.1\306748v1