IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLAN COHEN, ROBERT C. MORLINO, and JAMES A. WOODS, on behalf of themselves and all others similarly situated, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 06-118 (KAJ) |
| PIONEER ELECTRONICS (USA) INC. and PIONEER CORP., | : : : | |
| Defendants. | : | |

### NOTICE OF CHANGE OF FIRM AFFILIATION AND ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that Seth D. Rigrodsky (Bar No. 3147) and Brian D. Long (Bar No. 4347) are now affiliated with the newly-formed law firm of Rigrodsky & Long, P.A., located at 919 N. Market Street, Suite 980, Wilmington, DE 19801, (302) 295-5310. Messrs. Rigrodsky and Long are no longer affiliated with the law firm of Milberg Weiss Bershad & Schulman, LLP.

**ALSO PLEASE TAKE NOTICE** that the firm of Rigrodsky & Long, P.A., hereby enters its appearance as local counsel for plaintiffs.

                                **RIGRODSKY & LONG, P.A.**

Dated: August 17, 2006    By:    /s/ *Brian D. Long*
                                 Seth D. Rigrodsky (Bar No. 3147)
                                 Brian D. Long (Bar No. 4347)
                                 919 N. Market Street, Suite 980
                                 Wilmington, DE 19801
                                 (302) 295-5310

                                 *Attorneys for Plaintiffs*

**OF COUNSEL**

MILBERG WEISS BERSHAD & SCHULMAN, LLP
1 Penn Plaza
New York, NY  10199
Tel: (212) 599-5300

## CERTIFICATE OF SERVICE

I, Brian D. Long, hereby certify that on this 17th day of August 2006, I caused a true and correct copy of the foregoing Notice of Change of Firm Affiliation and Entry of Appearance to be electronically filed and served via the ECF system upon all counsel of record.

                                             **RIGRODSKY & LONG, P.A.**

By:    /s/ *Brian D. Long*
          Seth D. Rigrodsky (Bar No. 3147)
          Brian D. Long (Bar No. 4347)
          919 N. Market Street, Suite 980
          Wilmington, DE 19801
          (302) 295-5310

*Attorneys for Plaintiffs*